UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIA DEROCHE,

                        Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION,
INC., and ELISSA IBERTI, *Individually*,

                        Defendant.

Case No.: 13-CV-5593

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Maia DeRoche, and Defendants Metropolitan Opera Association, Inc. and Elissa Iberti, by and through their undersigned counsel, who are authorized by Plaintiff and Defendants to execute this Stipulation, that the above-captioned action be and hereby is dismissed, in its entirety, and with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

| | |
|---|---|
| PHILLIPS & ASSOCIATES, PLLC<br>45 Broadway<br>Suite 620<br>New York, New York 10006<br>(212) 248-7431<br><br>By: _____<br>     Marjorie Mesidor Esq.<br><br>ATTORNEYS FOR PLAINTIFF<br><br>Dated: January 14, 2014 | JACKSON LEWIS LLP<br>666 Third Avenue<br>29th Floor<br>New York, New York 10017<br>(212) 545-4000<br><br>By: _____<br>     Jennifer B. Courtian, Esq.<br><br>ATTORNEYS FOR DEFENDANTS<br><br>Dated: January 22, 2014 |

It is SO ORDERED

This 27 day of January, 2014

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/24/14